Submitted on record and briefs April 7, vacated in part; otherwise affirmed
May 24, 2000

## ROBERT LEE BELL,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-05-28768M; CA A107390)

1 P3d 512

Robert Lee Bell filed the brief *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Holly A. Vance, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).